AO-10 (WP)
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978.
(5 U.S.C. app. §§101-111)

| 1. Person Reporting *(Last name, first, middle initial)*<br><br>SHANSTROM, JACK D. | 2. Court or Organization<br>U.S. COURTS<br>U.S. DISTRICT COURT | 3. Date of Report<br><br>05/10/06 |
|---|---|---|

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>Senior U.S. District Judge | 5a. Report Type (check appropriate type)<br>___ Nomination, Date _____<br>___ Initial  XX  Annual  ___ Final<br>5b. ___ Amended Report | 6. Reporting Period<br><br>01/01/05<br>12/31/05 |
|---|---|---|

| 7. Chambers or Office Address<br><br>P.O. Box 985<br>Billings, MT 59103-0985 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| **X** NONE (No reportable positions.) | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| **X** NONE (No reportable agreements.) | |

RECEIVED 2005 MAY 17 A 11: 58

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

☐ NONE (No reportable non-investment income.)

| | SOURCE AND TYPE | INCOME |
|---|---|---|
| Self | Public Employess Retirement System | $ 47,836.44 |
| Self | Civil Service | $ 15,768.00 |
| | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE (No reportable non-investment income.)

| | SOURCE AND TYPE |
|---|---|
| Spouse | Teacher's Retirement System |
| Spouse | Social Security Retirement |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SHANSTROM, JACK D. | 05/10/06 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| X | NONE (No such reportable reimbursements.) | |

1
2
3
4
5
6
7

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |

1   $
2   $
3   $
4   $

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |

1
2
3
4
5

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SHANSTROM, JACK D. | 05/10/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Single dwelling, rental, Livingston, Park Co., MT pur. Feb. 1972 | C | rent | | | Sold | 5/27 | L | F | Cozie M. Carroll |
| 2 Single dwelling, rental Livingston, Park Co., MT pur. July 1973 | C | rent | | | Sold | 3/14 | M | G | Thomas Werner |
| 3 Single dwelling, rental Livingston, Park Co., MT pur. July 1973 | C | rent | | | Sold | 5/02 | M | G | Katherine Sandonato |
| 4 Single dwelling, rental Livingston, Park Co., MT pur. 1979 | C | rent | | | Sold | 6/17 | M | G | Joseph Franks |
| 5 Duplex, rental, Livingston, Park Co., MT pur. 1975 | C | rent | | | Sold | 9/06 | M | G | Audrey Hall |
| 6 Single dwelling, rental, Livingston, Park Co., MT pur. 1977 | C | rent | | | Sold | 5/16 | L | F | Dylan Vaughan & Sean Darby |
| 7 Single dwelling, rental Livingston, Park Co., MT pur. 1979 | C | rent | | | Sold | 5/27 | L | F | Kara Wolfe |
| 8 Duplex, rental, Livingston, Park Co., MT pur. 1979 | C | rent | | | Sold | 5/06 | M | G | Thomas Ryan & Heather Muldoon |
| 9 Boeing Co., stock shares self | A | div | | | Sold | 3/01 | J | B | |
| 10 EFBC stock shares, self | A | div | J | T | | | | | |
| 11 Hewlett Packard shares, self | A | div | J | T | | | | | |
| 12 Computer Associates shares, self | A | div | | | Sold | 6/27 | J | loss | |
| 13 Dell Computer stock shares, self | A | div | | | Sold | 6/27 | J | loss | |
| 14 Cisco Systemss stock shares, self | A | div | | | Sold | 6/27 | J | loss | |
| 15 Microsoft stock shares, self | A | div | J | T | | | | | |
| 16 Target Corp. stock shares, self | A | div | J | T | | | | | |
| 17 McDonalds Corp., stock shares, self | A | div | | | Sold | 6/27 | J | loss | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code1 (A-H) | (2) Type (e.g. div, rent or int) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 Touch America stock shares, self | A | div | | | BANKRUPT | | | loss | |
| 19 Berkshire Hathaway, Inc. stock shares, self | A | div | | | Bought | 1/04 | K | | |
| 20 Berkshire Hathaway, Inc. stock shares, self | | | | | Sold | 9/22 | K | loss | |
| 21 Chiron stock shares, self | A | div | | | Bought | 12/16/ 04 | J | Inadvertently not reported in 2004 |
| 22 Chiron stock shares, self | | | | | Sold | 11/7 | J | B | |
| ITEMS 23 TO END ARE AN IRA AT D.A. DAVIDSON, BILLINGS, MONTANA FOR BOTH SELF ▓▓▓▓ | | | | | | | | | |
| 23 Ambase Corp. stock, self (IRA) | A | div | J | T | | | | | |
| 24 Price-Costco stock, self (IRA) | A | div | J | T | | | | | |
| 25 Siti-Sites stock, self (IRA) | A | div | J | T | | | | | |
| 26 AT&T stock, self, (IRA) AT&T Corp.) | A | div | J | T | | | | | |
| 27 AT&T Wireless stock, self (IRA) | A | div | J | T | | | | | |
| 28 Health & Retirement stock, self (IRA) | A | div | J | T | | | | | |
| 29 Hewlett Packard stock, self (IRA) | A | div | J | T | | | | | |
| 30 Wal-Mart stock, self, (IRA) | A | div | J | T | | | | | |
| 31 World-Com stock, self (IRA) | A | div | J | T | | | | | |
| 32 Global Crossing stock self (IRA) | A | div | J | T | | | | | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
   (See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
   (See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
   (See Col. C2)  U=Book value  V=Other  W=Estimated

## VII. Page k³ INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 33 Cisco Systems stock, self (IRA) | THIS STOCK HAS BEEN INADVERTENTLY REPORTED IN PRIOR YEARS-NOT OWNED | | | | | | | | |
| 34 Five Star Quality stock, self (IRA) | A | div | J | T | | | | | |
| 35 Ambase Corp. stock, ████ (IRA) | A | div | J | T | | | | | |
| 36 Costco stock, ████ (IRA) | A | div | J | T | | | | | |
| 37 Siti-Sites stock, ████ (IRA) | A | div | J | T | | | | | |
| 38 Ford Motor stock, ████ (IRA) | A | div | J | T | | | | | |
| 39 Health & Retirement stock, ████ (IRA) | A | div | J | T | | | | | |
| 40 Motorola stock, ████ (IRA) | A | div | J | T | | | | | |
| 41 Empire Fed. Bancorp., ████ (IRA) | A | div | J | T | | | | | |
| 42 Touch America stock, ████ (IRA) | A | div | | | (COMPANY BANKRUPT) | | | loss | |
| 43 Cisco Systems stock, ████ (IRA) | THIS STOCK HAS BEEN INADVERTENTLY REPORTED IN PRIOR YEARS-NOT OWNED | | | | | | | | |
| 44 GE stock, ████ (IRA) | A | div | J | T | | | | | |
| 45 Hewlett Packard stock, ████ (IRA) | A | div | J | T | | | | | |
| 46 Five Star Quality stock, ████ (IRA) | A | div | J | T | | | | | |
| 47 Visteon Corp. stock, ████ (IRA) | A | div | J | T | | | | | |

| 1. Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3. Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | SHANSTROM, JACK D. | 05/10/06 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date _____05/10/06_____

NOTE: AN INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544